# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM T. JENSEN, | Case No. 1:18-mc-00058-SAB |
| Plaintiff, | ORDER SETTING THE HEARING ON DEFENDANT'S MOTION TO COMPEL FOR JANUARY 23, 2019 |
| v. | |
| LUMBER LIQUIDATORS, INC., | (ECF No. 1) |
| Defendant. | |

On December 14, 2018, Lumber Liquidators, Inc. ("Defendant"), filed a motion to compel non-party Kaiser Permanente to provide further responses to Defendant's subpoena for the production of records. (ECF No. 1.) The motion relates to ongoing multi-district litigation (MDL 2627), currently before the U.S. District Court for the Eastern District of Virginia. Plaintiff is seeking an order from the above-entitled court as the witness is located within the Eastern District of California.

The certificate of service attached to the motion indicates that on December 14, 2018, the motion was served on the Plaintiff via USPS mail, and on non-party Kaiser Permanente via Federal Express overnight delivery. (ECF No. 1-1.) Defendant did not notice the motion for hearing on a specific date, but requests the Court to issue an order directing Kaiser Permanente to produce relevant documents by December 21, 2018. (ECF No. 1-1.) Compelling production on such date would not allow adequate time for the non-party witness to file any opposition to

the Plaintiff's motion, and would violate the Local Rules of this district pertaining to notice of motions.

Defendant filed its motion pursuant to Local Rule 230(b). (ECF No. 1.) Local Rule 230 provides that a hearing on a motion may be had upon the filing of a notice of motion and motion scheduling the hearing date at least twenty-eight days from the date of filing. L.R. 230(b). Counsel are reminded that any application to shorten time must comply with the following requirements:

> Applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time. Ex parte applications to shorten time will not be granted except upon affidavit of counsel showing a satisfactory explanation for the need for the issuance of such an order and for the failure of counsel to obtain a stipulation for the issuance of such an order from other counsel or parties in the action. Stipulations for the issuance of an order shortening time require the approval of the Judge or Magistrate Judge on whose calendar the matter is to be heard before such stipulations are given effect. Any proposed order shortening time shall include blanks for the Court to designate a time and date for the hearing and for the filing of any response to the motion.

L.R. 144(e). Therefore, the Court declines to decide the motion in the timeframe requested because the record as presently established does not justify an order shortening time.

Accordingly, it is HEREBY ORDERED that:

1.    The hearing on Defendant's motion to compel production is hereby set for Wednesday, January 23, 2019, at 10:00 a.m. before the undersigned in Courtroom 9; and

2.    Defendant shall serve a copy of this order noticing the motion on or before December 28, 2018, and promptly file proof of service.

IT IS SO ORDERED.

Dated:  __**December 20, 2018**__

UNITED STATES MAGISTRATE JUDGE