# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| MIRIAM T. JENSEN,<br><br>    Plaintiff,<br><br>v.<br><br>LUMBER LIQUIDATORS, INC.<br><br>    Defendants. | Case No. 1:18-mc-00058-SAB<br><br>ORDER GRANTING JOINT STIPULATION OF NON-PARTY KAISER FOUNDATION HOSPITALS AND DEFENDANT LUMBER LIQUIDATORS, INC. TO MODIFY BRIEFING SCHEDULE TO MOTION TO COMPEL<br><br>(ECF No. 5) |

On January 9, 2019, a stipulation was filed to extend the briefing schedule in this action. Although the parties have agreed to keep the currently scheduled hearing date, the reply brief is due the day prior to the scheduled hearing which does not allow the Court sufficient time to consider the reply prior to the hearing. To allow the Court to consider the moving, opposition, and reply papers prior to the scheduled hearing date, the hearing on the motion shall be continued to January 30, 2019.

Pursuant to the parties' stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The briefing schedule for Lumber Liquidators' Motion to Compel is modified as follows:
   a. The opposition to the Motion is due on or before January 17, 2019; and
   b. The reply to the Motion is due on or before January 22, 2019.

2. The hearing on Lumber Liquidators' Motion to Compel set for January 23, 2019, at 10:00 a.m. is CONTINUED to January 30, 2019, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **January 9, 2019**

_____
UNITED STATES MAGISTRATE JUDGE