# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MIRIAM T. JENSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUMBER LIQUIDATORS, INC.<br><br>　　　　Defendants. | Case No. 1:18-mc-00058-SAB<br><br>ORDER RE JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTION TO COMPEL<br><br>(ECF No. 7) |

　　Pursuant to the parties' stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that

　　1.　The briefing schedule for Lumber Liquidators' Motion to Compel is modified as follows:

　　a.　The opposition to the Motion to Compel shall be filed on or before January 17, 2019;

　　b.　The reply to the Motion to Compel, if any, shall be filed on or before January 18, 2019; and

　　2.　The hearing on Lumber Liquidators' Motion to Compel is ADVANCED from January 30, 2019, to January 23, 2019, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated: **January 11, 2019**

　　　　　　　　　　　　　　　　　　　　　　　
UNITED STATES MAGISTRATE JUDGE

1