# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIRIAM T. JENSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>LUMBER LIQUIDATORS, INC.,<br><br>    Defendant. | Case No. 1:18-mc-00058-SAB<br><br>ORDER RE WITHDRAWAL OF MOTION AND DIRECTING CLERK OF THE COURT TO CLOSE MATTER<br><br>(ECF Nos. 8, 9) |

On December 14, 2018, Lumber Liquidators, Inc. ("Defendant"), filed a motion to compel non-party Kaiser Permanente to provide further responses to Defendant's subpoena for the production of records. (ECF No. 1.) An order issued setting the motion for hearing on January 23, 2019. (ECF No. 2.) The parties filed several stipulations to modify the briefing schedule that were granted. (ECF Nos. 5, 6, 7, 8.) On January 16, 2019, Lumber Liquidators filed a withdrawal of the motion to compel. (ECF No. 9.)

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Lumber Liquidator's motion to compel, filed December 14, 2018 is withdrawn;
2. All pending dates are vacated; and
3. The Clerk of the Court is directed to close this matter.

IT IS SO ORDERED.

Dated: **January 17, 2019**

UNITED STATES MAGISTRATE JUDGE

1